# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# WESTERN DIVISION

K.G., a minor, by and through his parents and next friends, SUZANNE GOSCH and KEVIN GOSCH,

Plaintiffs,

vs.

SERGEANT BLUFF-LUTON COMMUNITY SCHOOL DISTRICT, MIRANDA RIEDIGER, and KELLY ADAMS, and DOES 1-30,

Defendants.

No. C 15-4242-MWB

**ORDER REGARDING THE PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO RESIST THE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

_____

This case is before me on the plaintiffs' December 30, 2016, Unresisted Motion For Extension Of Time To Resist The Defendants' Motion For Summary Judgment (docket no. 25). The plaintiffs request two additional weeks to file their resistance, owing to the intervening holidays and the press of prior deadlines. They represent that counsel for the defendants has been contacted and does not object to the requested extension. I find good cause for the requested extension.

THEREFORE, the plaintiffs' December 30, 2016, Unresisted Motion For Extension Of Time To Resist The Defendants' Motion For Summary Judgment (docket no. 25) is **granted**. The plaintiffs shall have **to and including January 27, 2017,** to file their resistance to the defendants' Motion For Summary Judgment (docket no. 21).

**IT IS SO ORDERED**.

**DATED** this 3rd day of January, 2017.

_____
MARK W. BENNETT
U.S. DISTRICT COURT JUDGE
NORTHERN DISTRICT OF IOWA